In the INTEREST OF C.L.N., a juvenile.

**JUVENILE OFFICER, Respondent,**

v.

**F.E.A., Natural Father, Appellant.**

No. WD 50375.

Missouri Court of Appeals,
Western District.

Sept. 26, 1995.

Sue Crain, Fulton, for appellant.

Elizabeth K. Magee, Columbia, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Natural father, F.E.A., appeals the termination of his parental rights to his six-year-old daughter, C.L.N., pursuant to § 211.447 RSMo 1994. He asserts the juvenile officer failed to produce clear, cogent, and convincing evidence to support abandonment.

The judgment is affirmed. Rule 84.16(b).